PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Travis Jordan  Cr.: 05-00119-001
PACTS #: 44374

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 11/09/06

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 72 months imprisonment, 3-year-term of supervised release, drug testing and treatment; DNA testing; alcohol treatment; financial disclosure; and employment restrictions.

Type of Supervision: Supervised Release    Date Supervision Commenced: 02/10/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for cocaine on August 4, 2011, September 21, 2011, and September 28, 2011. |

U.S. Probation Officer Action:

We placed Jordan in phase one of our random urine monitoring program, and referred him for intensive out-patient counseling at Integrity. The offender is actively participating in treatment.

Respectfully submitted,

By: Kellyanne Kelly
   Senior U.S. Probation Officer
Date: 12/01/11

*The Court's endorsement fo this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

12/14/2011
Date